jury by the judge's charge, who rendered a verdict in favor of the plaintiff.

There is amply sufficient evidence in the case to sustain that verdict.

I have read the whole case and considered every exception specified on the appellant's brief, and none presents reversible error.

To the denials of the defendant's requests to charge no exceptions were taken.

Judgment and order affirmed, with costs.

CONLAN and O'DWYER, JJ., concur.

Judgment and order affirmed, with costs.

---

CHARLES KAUFMAN et al., Respondents, v. THOMAS CANARY et al., Appellants.

APPEAL from a judgment in favor of plaintiffs and from an order denying a motion for a new trial.

Joseph C. Rosenbaum, for appellants.

David Gerber, for respondents.

*Per Curiam.* Judgment and order appealed from affirmed, with costs.

Present: CONLAN and O'DWYER, JJ.

Judgment and order affirmed, with costs.

---

In the Matter of IRVING L. RUSSELL, a Judgment Debtor.

APPEAL from order denying motion to punish judgment debtor for contempt.

Scott & Upson, for appellant.

Franklin Bien, for respondent.

*Per Curiam.* Appeal from an order denying a motion to punish for contempt.